# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| Name, Address, Telephone Numbers, and Washington State Bar Number (if applicable) | CASE NO.: 16-43739-BDL |
|---|---|
| GRIFFITH F. FLAHERTY<br>216 1st AVE. So,<br>SUITE 450<br>SEATTLE WA 98104 | CHAPTER: 11 |
| | **REQUEST COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |
| In re: JEFFERY EUGENE WALDNER, SR<br>& BRENDA KAY WALDNER,<br>Debtor(s) | **REQUEST REMOVAL FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |

## REQUEST TO BE ADDED OR REMOVED FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)

[X] **Request Courtesy Notification of Electronic Filing.** I am an ECF participant and I wish to receive courtesy electronic notice of all documents filed in the above referenced case. I understand the courtesy electronic notification will be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF) and that I must be a registered user of the Court's CM/ECF system to be eligible for courtesy NEFs.

I understand it is <u>my responsibility to use the correct ECF event to add myself to the above referenced case via CM/ECF in order to receive a courtesy NEF</u>.

I further understand this request **DOES NOT** impose any obligation on the Court, the debtors or any other party in the case to deliver courtesy copies of any orders, pleadings or other documents entered on the docket by mail, telephone, facsimile, or any other means of electronic transmission.

I will use the CM/ECF docket event "Request for Courtesy Notice of Electronic Filing (NEF)."

[ ] **Request Removal from Courtesy Notification of Electronic Filing.** By selecting this option, I am indicating that I no longer wish to receive courtesy notification of any documents, orders or pleadings entered on the docket in the above referenced case.

I will use CM/ECF docket event "Request for Removal from Courtesy Notice of Electronic Filing (NEF)."

(WARNING: This form must be used to be added or removed from receiving Courtesy NEFs and may NOT be used in place of *Substitution of Attorney* form F 2090-1.4)

Dated: 09-27-2016

Signature

Courtesy NEF
Local Forms W.D. Wash. Bankr., Form 10
Eff. 04/16

Case 16-43739-BDL    Doc 14    Filed 10/12/16    Ent. 10/12/16 15:36:58    Pg. 1 of 1